940

## KEVIN SELLERS ET AL. *v.* CHUN SI CHEN ET AL.
### (AC 17027)

Lavery, Landau and Hennessy, Js.

Submitted on briefs January 29—officially released February 24, 1998

Per Curiam. The judgment is affirmed.

## FREDERICK CURRIER *v.* PATRICIA CURRIER
### (AC 17148)

Lavery, Landau and Hennessy, Js.

Submitted on briefs January 29—officially released February 24, 1998

Per Curiam. The judgment is affirmed.

## CYNTHIA L. BENSON *v.* WALTER A. BENSON
### (AC 17182)

O'Connell, C. J., and Foti and Sullivan, Js.

Submitted on briefs January 29—officially released February 24, 1998

Per Curiam. The judgment is affirmed.

## WILLIAM PLATZ *v.* COMMISSIONER OF MOTOR VEHICLES
### (AC 17177)

O'Connell, C. J., and Foti and Sullivan, Js.

Submitted on briefs January 29—officially released February 24, 1998

Per Curiam. The judgment is affirmed.